UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANTHONY MAGLIOCCO,

                        Petitioner,                          **ORDER**

       -against-                                 23 Civ. 4907 (PMH) (AEK)

WARDEN JOHN/JANE DOE,

                        Respondent.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court is in receipt of the letter filed by Respondent on May 1, 2024. *See* ECF No. 11. By June 28, 2024, Respondent is to provide a further update on the status of Petitioner's Section 440.10 motion and, in accordance with the Order to Answer issued on June 23, 2023, state whether Respondent has "any objection to this action being stayed pending any exhaustion of Petitioner's unexhausted grounds in the state courts." ECF No. 4.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the *Pro Se* Petitioner at his address of record on the docket.

Dated: May 2, 2024
       White Plains, New York

                                                     **SO ORDERED.**

                                                  _____
                                                  ANDREW E. KRAUSE
                                                  United States Magistrate Judge